IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONALD CHERRY                                                                              PLAINTIFF

vs.                                              Case No. 4:13-cv-04095

SOUTHERN REFRIGERATED
TRANSPORT                                                                                  DEFENDANT


## ORDER

**BEFORE** the Court is Plaintiff's Motion to Reconsider.  ECF No. 26.  Pursuant to the

provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), United States District Judge Susan O. Hickey

referred the Motion to the undersigned for decision.  This matter is ready for decision.

**1. Background**:

On October 15, 2013, Plaintiff filed a *pro se* Complaint against Defendant alleging

discrimination based on race and color.  ECF No. 1. On August 15, 2014, Plaintiff filed a Motion

to Reconsider.  ECF No. 26.  With this Motion, Plaintiff asks the Court to reconsider the Initial

Scheduling Order and allow him to submit his documents to the Clerk for filing.  Also, Plaintiff

requests the Clerk forward any documents from Defendant to Plaintiff.  *Id.*

**2.  Discussion**:

Pursuant to the Pro Se Manual for litigants, which has been provided to Plaintiff, Plaintiff

is allowed to file his documents by delivering them to the Clerk for filing.  Also, the Clerk is not

required to provide Plaintiff with filings from Defendant.  It is the duty of the Defendant to provide

copies of filings to Plaintiff.  If not already doing so, Defendant shall mail a copy of any documents

filed to Plaintiff at the address provided by Plaintiff to the Court.

Accordingly, Plaintiff's Motion to Reconsider (ECF No. 26) is **DENIED.**

**DATED** this **8th day of September, 2014.**


/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE