IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONALD CHERRY                                                                                      PLAINTIFF

vs.                                        Case No. 4:13-cv-04095

SOUTHERN REFRIGERATED
TRANSPORT                                                                                          DEFENDANT

**ORDER**

**BEFORE** the Court is Plaintiff's Motion to Reconsider.  ECF No. 45.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), United States District Judge Susan O. Hickey referred the Motion to the undersigned for decision.  This matter is ready for decision.

**1. Background**:

On October 15, 2013, Plaintiff filed a *pro se* Complaint against Defendant alleging discrimination based on race and color.  ECF No. 1. On January 27 2015, this Court set a hearing on Defendant's Motion for Sanctions.  ECF No. 43.  With this current Motion, Plaintiff asks the Court to reconsider the setting of a hearing on Defendant's Motion for Sanctions.  ECF No. 45.

**2.  Discussion**:

Plaintiff offers no valid basis for not having a hearing on Defendant's Motion for Sanctions.  Accordingly, Plaintiff's Motion to Reconsider (ECF No. 45) is **DENIED.**  This matter remains set for a hearing on the Motion for Sanctions on February 11, 2015 at 10:00 a.m.

**DATED** this **3rd day of February, 2015.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE