IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONALD CHERRY                                                                                    PLAINTIFF

VS.                                      CASE NO. 13-CV-4095

SOUTHERN REFRIGERATED
TRANSPORT                                                                                        DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 2, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 58). Judge Bryant recommends that Defendant's Second Motion for Sanctions (ECF No. 54) be granted and that Plaintiff's Complaint be dismissed without prejudice for failure to follow orders of the Court. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Second Motion for Sanctions is hereby **GRANTED**. Given that Plaintiff has failed to follow Court orders on multiple occasions, the Court finds that the dismissal of this action is an appropriate sanction. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of April, 2015.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge